Pam Bassel
Chapter 13 Standing Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:

**LILLIAN P GARCIA-SMITH**

**DEBTOR**

CASE NO.:  14-44482-RFN

**CHAPTER 13**

**Pre-Hearing Conference:**

**June 02, 2017 @ 8:30 AM**

**TRUSTEE'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**
**DATE:  May 03, 2017**

**TO THE HONORABLE  RUSSELL F NELMS,  U.S. BANKRUPTCY JUDGE:**

   Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's original or last modified Chapter 13 Plan:

1.  According to the Debtor's 2016 Tax Return the Debtor is entitled to a Tax Refund in excess of $2,000.  According to the Trustee's calculation this created an Excess Refund of at least $2,443.00.

2.  Pursuant to 11 U.S.C. §1306(a) the Trustee proposes that the amount of $2,443.00 be disbursed pro rata to allowed timely filed general unsecured creditors less the applicable Trustee's fee.

3.  The Trustee proposes that this Excess Refund amount, $2,443.00, be paid by the Debtor to the Trustee within 90 days of the entry of an Order by this Court approving this Trustee's Modification.  Said payment or payments should be made by cashier's check or money order to:  Chapter13 Trustee, P.O. Box 1201, Memphis, TN 38101 -1201, or via electronic payment to the Trustee's website at http://www.13network.com/trustees/fww/fww_epay.asp.

4.  The Plan Base will remain $42,828.00.

5.  Notice hereof should be limited to Debtor, Debtor's attorney and the United States Trustee as no other party is adversely affected by the proposed modification.

6.   To the extent the Base Amount exceeds the amount needed to pay the Trustee fee, all allowed Secured, Priority, and Administrative Claims in full, such excess shall be paid pro -rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to the Debtor (s).  The Unsecured Creditors' Pool will be adjusted accordingly.

Respectfully submitted,

By: **/s/ Pam Bassel**

Pam Bassel, Standing Chapter 13 Trustee
State Bar No. 01344800
Heena Hirani, Staff Attorney
State Bar No. 24069925
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served by electronic mail to those persons enlisted to receive electronic notice, including the attorney for the Debtor and the United States Trustee, and was served by first class mail, postage prepaid, on the Debtor(s), at the address listed on the petition and/or schedules, and on the parties listed below, on May 04, 2017:

LEE LAW FIRM
8701 BEDFORD EULESS RD STE 510
HURST, TX 76053-3874

LILLIAN P GARCIA-SMITH
1470 Mary Dr
Weatherford, TX 76085

/s/ Pam Bassel